THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JAMES DILLON, Appellant.

*People* v. *Dillon*, 142 App. Div. 64, affirmed.
(Argued February 15, 1912; decided March 5, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1910, which affirmed a judgment of the Supreme Court at a Trial Term for the county of Kings rendered upon a verdict convicting the defendant of the crime of manslaughter in the first degree.

*Florence J. Sullivan* for appellant.

*James C. Cropsey, District Attorney* (*John M. Perry* and *Hersey Eggington* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.